IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CANGMING LIU,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AI SHI TE SHEN ZHEN SHI PIN YOU XIAN GONG SI,**<br><br>    Defendant. | Case No. 25-cv-14031 |

## COMPLAINT

Plaintiff Cangming Liu ( "Plaintiff") hereby brings this complaint against Ai Shi Te Shen Zhen Shi Pin You Xian Gong Si ("Defendant"), a Chinese corporation, for copyright infringement. In support thereof, Plaintiff states as follows:

### JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*, and 28 U.S.C. § 1331.

2. This Court has personal jurisdiction over Defendant because Defendant has offered for sale, sold, and is continuing to sell infringing products to consumers in this District.

3. Venue is proper in this judicial because Defendant is not resident in the United States and thus may be sued in any district pursuant to 28 U.S.C. § 1391(c)(3).

## BACKGROUND

4. Plaintiff is a Chinese citizen who created and owns all rights in and to the two-dimensional textile designs (the "Subject Designs") depicted in Exhibit A. Plaintiff creates and sells the Subject Designs for purposes of textile printing on clothing.

5. Plaintiff holds United States Copyright Registration Nos. VAU001548275, VAU001546025, VAU001546015, VAU001546016, VAU001546019, VAU001546020, VAU001546021, VAU001546014, VAU001546024, and VAU001546028 relating to the Subject Designs.

6. Defendant is a Chinese corporation that operates an online store RANPHEE through Amazon.com.

7. Defendant has engaged in the unauthorized promotion and sale of products that incorporate one or more of Plaintiff's copyrighted designs and images, or designs and images derived therefrom, without any license or other authorization from Plaintiff.

8. Defendant has offered their infringing products for sale throughout the United States, including in Illinois, and has sold infringing products in Illinois.

9. Defendant knowingly copied the images and designs of Plaintiff for use on their products in an improper attempt to exploit the value of Plaintiff's copyrights.

10. Defendant's actions have damaged Plaintiff's interests in the economic value and goodwill associated with its Subject Designs by diluting their presence in the market and diverting sales revenue and goodwill to Defendant at Plaintiff's expense.

11. Defendant's past and current efforts to sell their infringing products constitute willful infringement of Plaintiff's copyrights.

## COUNT I – COPYRIGHT INFRINGMENT

12. Plaintiff repeats and incorporates by reference herein the allegations contained in the above paragraphs of this Complaint.

13. At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendant, as alleged hereunder, including but not limited to, the copyrights listed above and in Exhibit A.

14. Plaintiff has complied in all respects with the Copyright Act of the United States and other laws governing copyright and secured the exclusive rights and privileges in and to the copyrights at issue.

15. Defendant, without the permission or consent of Plaintiff, has sold and continues to attempt to sell products using images and designs copied and/or

deriving from Plaintiff's copyrights as seen, without limitation, in the screen captures depicted in Exhibit B.

16. Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq*.).

17. Defendant's conduct constitutes willful and direct copyright infringement. The similarities between the Subject Designs and Defendant's products further prove the willful and direct infringement by Defendant.

18. As a result of Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. §505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

(a) judgment against Defendant that Defendant has willfully infringed Plaintiff's rights in Plaintiff's federally registered copyrights pursuant to 17 U.S.C. §501;

(b) judgment against Defendant that Defendant has otherwise injured the goodwill and business of Plaintiff by Defendant's acts and conduct set forth in this Complaint;

(c) Judgment in favor of Plaintiff against Defendant for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial;

(d) That Plaintiff be awarded Plaintiff's reasonable attorneys' fees and costs; and

(e) That Plaintiff be awarded any and all other relief that this Court deems just and proper.

November 15, 2025                    Respectfully submitted,

                                                   /s/ *Longhao Wang*
                                                   Longhao Wang

                                                   150 S. Wacker Suite 2400
                                                   Chicago, IL 60606
                                                   (718) 200-9474
                                                   lwang@lwlegalfirm.com

                                                   *Attorney for Plaintiff Cangming Liu*

5

## VERIFICATION

I, Changming Liu, hereby certify as follows:

1. I am a Chinese citizen residing in Dong guan China.

2. I have read the foregoing Verified Complaint and, based on my personal knowledge, the factual allegations contained in the Verified Complaint are true.

3. I certify under penalty of perjury under the laws of the United States of America that the foregoing statements made by me are true and correct.

Executed in Dong guan, China on 11/11, 2025.

*Liu Chang ming*
_____
Changming Liu