## <u>Exhibit A</u>

## Copyright Registration

(image followed by copyright registration information)



# Copyright

---

**Registration Number / Date:**
VAU001548275 / 2024-12-25

**Type of Work:**
Visual Material

**Title:**
DH0005.

**Application Title:**
DH0005.

**Date of Creation:**
2019

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920.

**Authorship on Application:**
Changming Liu, employer for hire; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38205971

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546025 / 2024-12-25

**Type of Work:**
Visual Material

**Title:**
DH0006.

**Application Title:**
DH0006.

**Date of Creation:**
2019

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132551

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ◐opyright

**Registration Number / Date:**
VAU001546015 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0009.

**Application Title:**
DH0009.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen,
Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132686

Disclaimer: This material was generated by the U.S. Copyright Office's
Copyright Public Records System (CPRS). For certified records, contact
the Records Research and Certification Division. For information on
searching copyright records, see How to Investigate the Copyright
Status of a Work (Circular 22). For information on removing personal
information from Copyright Office public records, refer to Privacy:
Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546016 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0010.

**Application Title:**
DH0010.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132687

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ©opyright

---

**Registration Number / Date:**
VAU001546019 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0012.

**Application Title:**
DH0012.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132690

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546020 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0013.

**Application Title:**
DH0013.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132691

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546021 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0014.

**Application Title:**
DH0014.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132692

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546014 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0016.

**Application Title:**
DH0016.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132694

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546024 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0017.

**Application Title:**
DH0017.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132695

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ©opyright

**Registration Number / Date:**
VAU001546028 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0018.

**Application Title:**
DH0018.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132696

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).