**Exhibit B**

**Defendant's Infringing Products**

ASIN: B0FXGJ9P31

https://www.amazon.com/dp/B0FXGJC4Q5



ASIN：B0FXGD2W6Y

https://www.amazon.com/dp/B0FXGFK6VK



ASIN：B0FXGJFRM9

https://www.amazon.com/dp/B0FXGGSRYB



ASIN : B0FXGM4J9N

https://www.amazon.com/dp/B0FXGLQTMB



ASIN : B0FXGJ9P31

https://www.amazon.com/dp/B0FXGJN3FN



ASIN : B0FXGJFRM9

https://www.amazon.com/dp/B0FXGLX4T4



ASIN：B0FXGJFRM9

https://www.amazon.com/dp/B0FXGGQFMK



ASIN：B0FXGQXQCK

[www.amazon.com/dp/B0FXGMKBYJ](www.amazon.com/dp/B0FXGMKBYJ)



ASIN：B0FXGM4J9N

https://www.amazon.com/dp/B0FXGR7HXV



ASIN : B0FXGQXQCK

www.amazon.com/dp/B0FXGQ6K5X

