AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION | |
|---|---|---|---|
| DOCKET NO.<br>1:25-cv-14031 | DATE FILED<br>11/15/2025 | United States District Court<br>Northern District of Illinois | |
| PLAINTIFF<br><br>Cangming Liu | | DEFENDANT<br><br>Ai Shi Te Shen Zhen Shi Pin You Xian Gong Si | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1     See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>L. Janica | DATE<br>11/17/2025 |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

**Exhibit A**

**Copyright Registration**

(image followed by copyright registration information)



# Copyright

---

**Registration Number / Date:**
VAU001548275 / 2024-12-25

**Type of Work:**
Visual Material

**Title:**
DH0005.

**Application Title:**
DH0005.

**Date of Creation:**
2019

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920.

**Authorship on Application:**
Changming Liu, employer for hire; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38205971

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546025 / 2024-12-25

**Type of Work:**
Visual Material

**Title:**
DH0006.

**Application Title:**
DH0006.

**Date of Creation:**
2019

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132551

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546015 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0009.

**Application Title:**
DH0009.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132686

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546016 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0010.

**Application Title:**
DH0010.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132687

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

**Registration Number / Date:**
VAU001546019 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0012.

**Application Title:**
DH0012.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132690

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546020 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0013.

**Application Title:**
DH0013.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132691

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ©Copyright

---

**Registration Number / Date:**
VAU001546021 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0014.

**Application Title:**
DH0014.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132692

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# Copyright

---

**Registration Number / Date:**
VAU001546014 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0016.

**Application Title:**
DH0016.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132694

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ©opyright

**Registration Number / Date:**
VAU001546024 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0017.

**Application Title:**
DH0017.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132695

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



# ⊙Copyright

---

**Registration Number / Date:**
VAU001546028 / 2025-01-14

**Type of Work:**
Visual Material

**Title:**
DH0018.

**Application Title:**
DH0018.

**Date of Creation:**
2024

**Copyright Claimant:**
Changming Liu. Address: Lane 24, Longyan East 4th Road, Humen, Dongguan, 523920, China.

**Authorship on Application:**
Changming Liu; Citizenship: China. Authorship: 2-D artwork.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Liu, Changming

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38132696

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Exhibit**

e endant s n ringing rod ts

ASIN: B0FXGJ9P31

https://www.amazon.com/dp/B0FXGJC4Q5



ASIN : B0FXGD2W6Y

https://www.amazon.com/dp/B0FXGFK6VK



ASIN : B0FXGJFRM9

https://www.amazon.com/dp/B0FXGGSRYB



ASIN : B0FXGM4J9N

https://www.amazon.com/dp/B0FXGLQTMB



ASIN : B0FXGJ9P31

https://www.amazon.com/dp/B0FXGJN3FN



ASIN : B0FXGJFRM9

https://www.amazon.com/dp/B0FXGLX4T4



ASIN：B0FXGJFRM9

https://www.amazon.com/dp/B0FXGGQFMK



ASIN：B0FXGQXQCK

www.amazon.com/dp/B0FXGMKBYJ



ASIN : B0FXGM4J9N

https://www.amazon.com/dp/B0FXGR7HXV



ASIN：B0FXGQXQCK

www.amazon.com/dp/B0FXGQ6K5X

